# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GLOWACZ, STANISLAWA § | Case No. 10-75493 |
| § | |
| GLOWACZ, STACY § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 07/20/2011    By: /s/JAMES E. STEVENS
                           Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: GLOWACZ, STANISLAWA | § | Case No. 10-75493 |
| | § | |
| GLOWACZ, STACY | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,200.27 |
| *and approved disbursements of* | $ 6.08 |
| *leaving a balance on hand of* [1] | $ 7,194.19 |
| **Balance on hand:** | $ 7,194.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,194.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,470.03 | 0.00 | 1,470.03 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | 728.00 | 0.00 | 728.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,198.03 |
| Remaining balance: | $ 4,996.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:    $     4,996.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:    $     4,996.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 176,181.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,750.27 | 0.00 | 276.50 |
| 2 | Fifth Third Bank | 2,674.56 | 0.00 | 75.85 |
| 3 | Asset Acceptance, LLC assignee citibank | 65,663.34 | 0.00 | 1,862.08 |
| 4 | American Marketing & Publishing | 146.00 | 0.00 | 4.14 |
| 5 | PNC BANK | 63,729.32 | 0.00 | 1,807.24 |
| 6 | Chase Bank USA,N.A | 1,689.16 | 0.00 | 47.90 |
| 7 | American Express Centurion Bank | 131.52 | 0.00 | 3.73 |
| 8 | Chase Bank USA, N.A. | 404.84 | 0.00 | 11.48 |
| 9 | Portfolio Recovery Associates, LLC | 3,726.06 | 0.00 | 105.66 |
| 10 | Cavalry Portfolio Services, LLC | 9,025.89 | 0.00 | 255.96 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | B-Line, LLC | 14,204.97 | 0.00 | 402.82 |
| 12 | FIA Card Services, NA/Bank of America | 5,035.67 | 0.00 | 142.80 |

Total to be paid for timely general unsecured claims: $ 4,996.16
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 10-75493-MB
Stanislawa Glowacz                                                  Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 3                   Date Rcvd: Jul 28, 2011
                              Form ID: pdf006             Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2011.
db           +Stanislawa Glowacz,    1311 W. Northeast Shore Drive,    McHenry, IL 60051-9249
aty          +Michael J Worwag,    Worwag & Malysz PC,   The Peoples Advocates,    2500 E. Devon Ave #300,
               Des Plaines, IL 60018-4965
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
16372290      ACC International,    919 Estes Court,   Schaumburg, IL 60193-4436
16666364     +Advocate Good Shepherd,    450 WEst Hwy 22,   Barrington, IL 60010-1919
16372291     +Aegis,   PO Box 404,    Fort Mill, SC 29716-0404
16372292     +Allied Interstate,    3000 Corporate Exchange Dr 5th Flr,    Columbus, OH 43231-7723
16372293     +American Collections,    919 Estes Ct,   Schaumburg, IL 60193-4436
17001506      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16666365     +American Marketing & Publishing,    POB 982,   DeKalb, IL 60115-0982
16372295      Amex,   P.O. Box 7871,    Fort Lauderdale, FL 33329
16372296     +Arrow Septic & Sewer,    1704 Lamb Rd Unit B,   Woodstock, IL 60098-9652
16372298     +Associated Recovery Services,    P.O. Box 469046,    Escondido, CA 92046-9046
16372299     +Associated Recovery Systems,    P.O. Box 469046,   Escondido, CA 92046-9046
16372300     +Bac Home Loans Servici,    450 American St,   Simi Valley, CA 93065-6285
16372301     +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16372302     +Brennan & Clark,    721 E. Madison Ste 200,   Villa Park, IL 60181-3083
16372303     +Business Revenue Systems,    P.O. Box 13077,   Des Moines, IA 50310-0077
16372305    ++++CAVALRY PORTFOLIO SERV,    7 SKYLINE DR STE 350,    HAWTHORNE NY  10532-2162
             (address filed with court: Cavalry Portfolio Serv,     7 Skyline Dr Ste 3,    Hawthorne, NY 10532)
16372309    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Chase,    Po Box 1093,   Northridge, CA 91328)
16372354    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Bank,     P.O. Box 1093,   Northridge, CA 91328)
17236991     +Cavalry Portfolio Services, LLC,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16372306     +Ccs/First National Bank,    500 E 60th St N,   Sioux Falls, SD 57104-0478
16372307     +Centegra Health System,    13707 W Jackson St,   Woodstock, IL 60098-3188
16372308     +Centegra Medical Center,    P.O. Box 1990,   Woodstock, IL 60098-1990
17020181      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16986052     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
16372310     +Citibank,   PO Box 469100,    Escondido, CA 92046-9100
16372311     +Codilis & Associates P.C.,    15W030 North Frontage Rd.,    Suite 110,   Burr Ridge, IL 60527-6921
16372312     +Collection Company of America,    700 Longwater Drive,    Po Box 296,   Norwell, MA 02061-0296
16372314     +ComEd,   Po Box 0632,    Aurora, IL 60507-0632
16372313      Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
16372315     +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
16372316     +Credit Protection Association,    13355 Noel Rd,   Dallas, TX 75240-6602
16372317     +Creditors Financial Group LLC,    PO Box 440290,    Aurora, CO 80044-1500
16372318     +Creditors Interchange,    80 Holtz Drive,   Buffalo, NY 14225-1470
16372320     +ENH Faculty Practice Associates,    9532 Eagle Way,    Chicago, IL 60678-1095
16372321     +ENH Hospital Billing,    23056 Network Place,   Chicago, IL 60673-1230
16372322     +ENH Medical Group,    Dept 77-9532,   Chicago, IL 60678-0001
16372323     +ENH Radiology,    34618 Eagle Way,   Chicago, IL 60678-1346
16372324     +ER Solutions, Inc,    PO Box 9004,   Renton, WA 98057-9004
16372325     +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16856810     +Fifth Third Bank,    PO BOX 829009,   Dallas, TX 75382-9009
16372326     +First National Collection Bureau In,    610 Waltham Way,    Sparks, NV 89434-6695
16666366     +First National Credit Card,    POB 2496,   Omaha, NE 68103-2496
16372327     +Green Point Savings,    4160 Main St,   Flushing, NY 11355-3833
16372328     +Harris & Harris LTD,    222 Merchandise Mart Plaza,    Suite 1900,   Chicago, IL 60654-1421
16372329     +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
16372330     +IC Systems Inc.,    444 E. Highway 96,   Box 64378,    St Paul, MN 55127-2557
16372331     +Illinois Collection Service, Inc,    Po Box 1010,    Tinley Park, IL 60477-9110
16372332     +J.S. Paluch Company, Inc,    3708 River Rd Suite 400,    Franklin Park, IL 60131-2158
16372334     +Keith Scott Shindler,    1990 E Algonquin 180,   Schaumburg, IL 60173-4164
16372336     +Law Offices of Mitchell N. Kay,    7 Penn Plaza - 18th Floor,    New York, NY 10001-3967
16372337      Markoff & Krasny, LLC,    11 S. LaSalle St.,   Chicago, IL 60603
16372338     +McHenry Radiologists & Imaging Asc.,    PO Box 220,    Mchenry, IL 60051-0220
16372339     +Medical Business Burea,    1460 Renaissance Dr,   Park Ridge, IL 60068-1331
16372340      Merchants & Medical Credit Corp.,    6324 Taylor Dr.,    Flint, MI 48507-4685
16372342     +NCO Financial System,    507 Prudential Road,   Horsham, PA 19044-2368
16372341     +National City Bank,    4661 E Main St,   Columbus, OH 43213-3193
16666367     +Northern Leasing Systems Inc,    POB 7861,   New York, NY 10116-7861
16372343     +P&B Capital Group LLC,    PO Box 25197,   Tampa, FL 33622-5197
16958330     +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
17152840    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               c/o Compassinspire/5th 3rd Bankyoptm,    PO Box 41067,    Norfolk VA 23541)
16372344     +Phillips & Cohen Associates Ltd,    PO Box 48458,    Oak Park, MI 48237-6058
16372345     +Pinnacle Management Services,    514 Market Loop,    Suite 103,   West Dundee, IL 60118-2181
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3               Date Rcvd: Jul 28, 2011
                              Form ID: pdf006             Total Noticed: 88


16372346     +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
16372347      Quest Diagnostics Inc.,    P.O. Box 64500,    Baltimore, MD 21264-4500
16666368     +Rauch Milliken International Inc,    POB 8390,    Metairie, LA 70011-8390
16372348     +Redline Recovery Services LLC,    6201 Bonhomme Rd Suite 100S,    Houston, TX 77036-4379
16372349     +Specialists in Gastroenterology,    1710 N Randall Rd #280,    Ste 103,    Elgin, IL 60123-9400
16372350     +Tri-County Emergency Phsicians,    PO Box 98,    Barrington, IL 60011-0098
16372351     +Tritium Card Service,    865 Merrick Ave,    4th Floor,    Westbury, NY 11590-6695
16372352    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
16372353     +Van Ru Credit Corporation,    1350 E Touhy,    Suite 100E,    Des Plaines, IL 60018-3337
16666370     +Wellington Radiology Group,    39006 Treasury Center,    Chicago,IL 60694-9000
16372355     +Wfnnb/Maurices,    220 W Schrock Rd,    Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16372288     +E-mail/Text: KM@ARCONCEPTSINC.COM Jul 28 2011 23:08:02       A/R Concepts,
               33 W Higgins Rd Suite 715,    South Barrington, IL 60010-9103
16372289     +E-mail/Text: jpietig@aamsonline.com Jul 28 2011 23:09:44       Aams Llc,    4800 Mills Civic Pkwy St,
               West Des Moines, IA 50265-5263
16372294     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jul 28 2011 23:07:16
               American Medical Collection Agency,    2269 S. Saw Mill River Rd., Buildin,
               Elmsford, NY 10523-3832
16372297     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 28 2011 23:07:15       Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
16877230     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 28 2011 23:07:15
               Asset Acceptance, LLC assignee citibank,    PO Box 2036,    Warren, MI 48090-2036
17279863      E-mail/PDF: BNCEmails@blinellc.com Jul 28 2011 23:56:24       B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
16372304     +E-mail/Text: cms-bk@cms-collect.com Jul 28 2011 23:08:46       Capital Management Services LP,
               726 Exchange Street,    suite 700,    Buffalo, NY 14210-1464
16372319      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2011 23:56:24       Discover Financial Services,
               Po Box 15316,    Wilmington, DE 19850
16854796      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2011 23:56:24       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17287928      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2011 23:56:07
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
16372333     +E-mail/Text: info@jawpc.net Jul 28 2011 23:09:40       James A West PC,    6380 Rogerdale Rd,
               Suite 130,    Houston, TX 77072-1647
16372335     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 28 2011 23:56:56       Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
16666369    ##+Transworld Systems,    POB 1864,    Santa Rosa, CA 95402-1864
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: lorsmith           Page 3 of 3            Date Rcvd: Jul 28, 2011
                              Form ID: pdf006          Total Noticed: 88
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2011**                    **Signature:**    /s/ Joseph Speetjens