**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: GLOWACZ, STANISLAWA | § | Case No. 10-75493 |
| | § | |
| GLOWACZ, STACY | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $265,500.00 *(without deducting any secured claims)* | Assets Exempt:  $6,900.00 |
| Total Distribution to Claimants: $4,996.16 | Claims Discharged Without Payment:  $259,435.29 |
| Total Expenses of Administration:  $2,204.11 | |

3) Total gross receipts of $    7,200.27    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $7,200.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $513,158.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,204.11 | 2,204.11 | 2,204.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,256.56 | 176,181.60 | 176,181.60 | 4,996.16 |
| **TOTAL DISBURSEMENTS** | $624,414.56 | $178,385.71 | $178,385.71 | $7,200.27 |

4) This case was originally filed under Chapter 7 on November 02, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2011        By: /s/JAMES E. STEVENS
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Checking account with 5th 3rd Bank | 1129-000 | 200.00 |
| Business checking account with 5th 3rd Bank | 1129-000 | 2,000.00 |
| 50% Shareholder of Smoke Zone LLC -Iventory - ci | 1129-000 | 3,000.00 |
| 1991 Seven Seas Camper joint with Bill Hubick | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 0.27 |
| **TOTAL GROSS RECEIPTS** | | **$7,200.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National City Bank | 4110-000 | 63,729.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 84,429.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 365,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$513,158.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,470.03 | 1,470.03 | 1,470.03 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | 3110-000 | N/A | 728.00 | 728.00 | 728.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.08 | 6.08 | 6.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,204.11 | 2,204.11 | 2,204.11 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,750.27 | 9,750.27 | 9,750.27 | 276.50 |
| 2 | Fifth Third Bank | 7100-000 | 2,674.70 | 2,674.56 | 2,674.56 | 75.85 |
| 3 | Asset Acceptance, LLC assignee citibank | 7100-000 | N/A | 65,663.34 | 65,663.34 | 1,862.08 |
| 4 | American Marketing & Publishing | 7100-000 | N/A | 146.00 | 146.00 | 4.14 |
| 5 | PNC BANK | 7100-000 | N/A | 63,729.32 | 63,729.32 | 1,807.24 |
| 6 | Chase Bank USA,N.A | 7100-000 | 1,689.16 | 1,689.16 | 1,689.16 | 47.90 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | American Express Centurion Bank | 7100-000 | 131.52 | 131.52 | 131.52 | 3.73 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 404.84 | 404.84 | 11.48 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 3,726.06 | 3,726.06 | 3,726.06 | 105.66 |
| 10 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 9,025.89 | 9,025.89 | 255.96 |
| 11 | B-Line, LLC | 7100-000 | N/A | 14,204.97 | 14,204.97 | 402.82 |
| 12 | FIA Card Services, NA/Bank of America | 7100-000 | 5,035.00 | 5,035.67 | 5,035.67 | 142.80 |
| NOTFILED | Green Point Savings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Collection Bureau In | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | J.S. Paluch Company, Inc | 7100-000 | 237.52 | N/A | N/A | 0.00 |
| NOTFILED | IC Systems Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Service, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris LTD | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ER Solutions, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract Callers Inc | 7100-000 | 197.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 197.38 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Financial Group LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 830.17 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Interchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ENH Medical Group | 7100-000 | 16.40 | N/A | N/A | 0.00 |
| NOTFILED | ENH Radiology | 7100-000 | 20.60 | N/A | N/A | 0.00 |
| NOTFILED | ENH Hospital Billing | 7100-000 | 815.00 | N/A | N/A | 0.00 |
| NOTFILED | James A West PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ENH Faculty Practice Associates | 7100-000 | 984.62 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiologists & Imaging Asc. | 7100-000 | 67.80 | N/A | N/A | 0.00 |
| NOTFILED | Keith Scott Shindler | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialists in Gastroenterology | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | Redline Recovery Services LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Phsicians | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | U S Bank | 7100-000 | 14,214.00 | N/A | N/A | 0.00 |
| NOTFILED | Tritium Card Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Bank | 7100-000 | 5,930.87 | N/A | N/A | 0.00 |
| NOTFILED | Van Ru Credit Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics Inc. | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Management Services | 7100-000 | 984.62 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Portfolio Recvry&Affil | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company of America | 7100-000 | 980.17 | N/A | N/A | 0.00 |
| NOTFILED | Markoff & Krasny, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Burea | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial System | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants & Medical Credit Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillips & Cohen Associates Ltd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | P&B Capital Group LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Mitchell N. Kay | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 68.00 | N/A | N/A | 0.00 |
| NOTFILED | ACC International | 7100-000 | 203.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aegis | 7100-000 | 172.59 | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | American Medical Collection Agency | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 1,392.03 | N/A | N/A | 0.00 |
| NOTFILED | Ccs/First National Bank | 7100-000 | 6.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Medical Center | 7100-000 | 26.02 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 98.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 47,765.47 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,752.00 | N/A | N/A | 0.00 |
| NOTFILED | Cavalry Portfolio Serv | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Business Revenue Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Septic & Sewer | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 172.59 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Brennan & Clark | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 6,320.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Codilis & Associates P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 111,256.56 | 176,181.60 | 176,181.60 | 4,996.16 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75493  
**Case Name:** GLOWACZ, STANISLAWA  

**Period Ending:** 10/31/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/02/10 (f)  
**§341(a) Meeting Date:** 12/09/10  
**Claims Bar Date:** 05/19/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate Located at 1311 W. Northeast Shore D<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Personal Checking account with 5th 3rd Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 200.00 | 200.00 | DA | 200.00 | FA |
| 3 | Business checking account with 5th 3rd Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 2,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 4 | Miscellaneous Household Goods and Used Furniture<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Used books, compact discs family pictures<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | Used Personal Clothing<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Costume Jewlery<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 500.00 | 500.00 | DA | 0.00 | FA |
| 8 | 50% Shareholder of Smoke Zone LLC -Iventory - ci<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 13 | 5,000.00 | 3,000.00 | DA | 3,000.00 | FA |
| 9 | 2001 Infiniti I30<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 3,000.00 | 600.00 | DA | 0.00 | FA |
| 10 | 1994 Hyundai Sonata - not running<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 100.00 | 100.00 | DA | 0.00 | FA |
| 11 | 1991 Seven Seas Camper joint with Bill Hubick<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1; | 2,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 12 | Opened  5/26/05 | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 10/31/2011 09:37 AM    V.12.57

Case 10-75493    Doc 39    Filed 11/15/11    Entered 11/15/11 12:47:35    Desc Main
            Document           Page 9 of 12

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75493  
**Case Name:** GLOWACZ, STANISLAWA  

**Period Ending:** 10/31/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/02/10 (f)  
**§341(a) Meeting Date:** 12/09/10  
**Claims Bar Date:** 05/19/11

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Mortgage 2607 Indian Trail, McHe | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.27 | FA |
| 13 | Assets Totals (Excluding unknown values) | $265,500.00 | $8,600.00 | | $7,200.27 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     October 31, 2011          **Current Projected Date Of Final Report (TFR):**     July 20, 2011  (Actual)

Printed: 10/31/2011 09:37 AM     V.12.57

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 10-75493  
**Case Name:** GLOWACZ, STANISLAWA  
**Taxpayer ID #:** **-***5474  
**Period Ending:** 10/31/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/11 | | Stanislawa B. Glowacz | payment on pp | | 7,200.00 | | 7,200.00 |
| | {8} | | 3,000.00 | 1129-000 | | | 7,200.00 |
| | {2} | | 200.00 | 1129-000 | | | 7,200.00 |
| | {3} | | 2,000.00 | 1129-000 | | | 7,200.00 |
| | {11} | | 2,000.00 | 1129-000 | | | 7,200.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 7,200.02 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,200.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,200.13 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,200.19 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75493, Bond #016018067 | 2300-000 | | 6.08 | 7,194.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,194.16 |
| 07/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 7,194.19 |
| 07/20/11 | | To Account #9200******7866 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 7,194.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,200.27 | 7,200.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,194.19 | |
| | | | **Subtotal** | | 7,200.27 | 6.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,200.27** | **$6.08** | |

{} Asset reference(s)                                                         Printed: 10/31/2011 09:37 AM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75493  
**Case Name:** GLOWACZ, STANISLAWA  
**Taxpayer ID #:** **-***5474  
**Period Ending:** 10/31/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/11 | | From Account #9200******7865 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 7,194.19 | | 7,194.19 |
| 08/31/11 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | Dividend paid 100.00% on $728.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 728.00 | 6,466.19 |
| 08/31/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,470.03, Trustee Compensation;  Reference: | 2100-000 | | 1,470.03 | 4,996.16 |
| 08/31/11 | 103 | Discover Bank | Dividend paid   2.83% on $9,750.27; Claim# 1; Filed: $9,750.27; Reference: | 7100-000 | | 276.50 | 4,719.66 |
| 08/31/11 | 104 | Fifth Third Bank | Dividend paid   2.83% on $2,674.56; Claim# 2; Filed: $2,674.56; Reference: | 7100-000 | | 75.85 | 4,643.81 |
| 08/31/11 | 105 | Asset Acceptance, LLC assignee citibank | Dividend paid   2.83% on $65,663.34; Claim# 3; Filed: $65,663.34; Reference: | 7100-000 | | 1,862.08 | 2,781.73 |
| 08/31/11 | 106 | PNC BANK | Dividend paid   2.83% on $63,729.32; Claim# 5; Filed: $63,729.32; Reference: | 7100-000 | | 1,807.24 | 974.49 |
| 08/31/11 | 107 | Chase Bank USA,N.A | Dividend paid   2.83% on $1,689.16; Claim# 6; Filed: $1,689.16; Reference: | 7100-000 | | 47.90 | 926.59 |
| 08/31/11 | 108 | Chase Bank USA, N.A. | Dividend paid   2.83% on $404.84; Claim# 8; Filed: $404.84; Reference: | 7100-000 | | 11.48 | 915.11 |
| 08/31/11 | 109 | Portfolio Recovery Associates, LLC | Dividend paid   2.83% on $3,726.06; Claim# 9; Filed: $3,726.06; Reference: | 7100-000 | | 105.66 | 809.45 |
| 08/31/11 | 110 | Cavalry Portfolio Services, LLC | Dividend paid   2.83% on $9,025.89; Claim# 10; Filed: $9,025.89; Reference: | 7100-000 | | 255.96 | 553.49 |
| 08/31/11 | 111 | B-Line, LLC | Dividend paid   2.83% on $14,204.97; Claim# 11; Filed: $14,204.97; Reference: | 7100-000 | | 402.82 | 150.67 |
| 08/31/11 | 112 | FIA Card Services, NA/Bank of America | Dividend paid   2.83% on $5,035.67; Claim# 12; Filed: $5,035.67; Reference: | 7100-000 | | 142.80 | 7.87 |
| 08/31/11 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 7.87 | 0.00 |
| | | | Dividend paid   2.83% on $146.00;  Claim# 4; Filed: $146.00 | 7100-000 | | 4.14 | 0.00 |
| | | | Dividend paid   2.83% on $131.52;  Claim# 7; Filed: $131.52 | 7100-000 | | 3.73 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,194.19 | 7,194.19 | $0.00 |
| | | | Less: Bank Transfers | | 7,194.19 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,194.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,194.19 | |

{} Asset reference(s)

Printed: 10/31/2011 09:37 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 10-75493 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | GLOWACZ, STANISLAWA | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******78-66 - Checking Account |
| **Taxpayer ID #:** | **-***5474 | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 10/31/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******78-65** | 7,200.27 | 6.08 | 0.00 |
| **Checking # 9200-******78-66** | 0.00 | 7,194.19 | 0.00 |
| | $7,200.27 | $7,200.27 | $0.00 |